BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timorshah Asmai, | ) |
|                   Plaintiff, | ) Case No.: 2:14-cv-2619 TLN AC |
| | ) |
|            v. | ) **Joint Stipulation and Order re: Extension of Time** |
| | ) |
| Jeh Johnson, et al., | ) |
| | ) |
|                Defendants. | ) |
| | ) |
| | ) |

_____

     Defendants request a 60-day extension of time in which to file an answer to the complaint, and plaintiff does not oppose this request.  The parties request that time for filing the joint status report be similarly extended.

Dated: January 6, 2015              Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Audrey B. Hemesath
                                AUDREY B. HEMESATH
                                Assistant U.S. Attorney

1   DATED: January 6, 2015                    Respectfully submitted,
2                                             /s/ Ruby Lieberman
                                              Law Offices of Ruby Lieberman
3                                             Attorney for the Plaintiff
4

5

6

7

8                                        ORDER

9       Pursuant to this joint stipulation, the answer date is extended to March 9, 2015.

10

11  Dated:  January 9, 2015

12

13

14                          _____

15                          Troy L. Nunley
                            United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28