BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Timorshah Asmai, | ) | |
|---|---|---|
| | ) | Case No.: 2:14-cv-2619 TLN AC |
| Plaintiff, | ) | |
| | ) | **Joint Stipulation and Order re: Second Extension of Time** |
| v. | ) | |
| | ) | |
| Jeh Johnson, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

    Defendants request a second 60-day extension of time in which to file an answer to the complaint, and plaintiff does not oppose this request. The parties are exploring a possibility of a resolution to the matter at the administrative level. The parties request that time for filing the joint status report be similarly extended.

Dated: February 26, 2015        Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  <u>/s/ Audrey B. Hemesath</u>
                                  AUDREY B. HEMESATH
                                  Assistant U.S. Attorney

DATED: February 26, 2015        Respectfully submitted,
                                /s/ Ruby Lieberman
                                Law Offices of Ruby Lieberman
                                Attorney for the Plaintiff

## ORDER

Pursuant to this joint stipulation, the answer date is extended to May 11, 2015.

Dated:  March 4, 2015

_____
Troy L. Nunley
United States District Judge