BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Timorshah Asmai, | ) | |
|---|---|---|
| | ) | Case No.: 2:14-cv-2619 TLN AC |
| Plaintiff, | ) | |
| | ) | **Joint Stipulation and Order re: Extension of Time** |
| v. | ) | |
| | ) | |
| Jeh Johnson, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Defendants request a 30-day extension of time in which to respond to the complaint, and plaintiff does not oppose this request. As the matter has been considered at the administrative level, additional time is needed to update the administrative record and prepare for a responsive pleading.

Dated: May 8, 2015                    Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Audrey B. Hemesath
                                              AUDREY B. HEMESATH
                                              Assistant U.S. Attorney

DATED: May 8, 2015                    Respectfully submitted,
                                      /s/ Ruby Lieberman
                                      Law Offices of Ruby Lieberman
                                      Attorney for the Plaintiff

## ORDER

Pursuant to this joint stipulation, the answer date is extended to June 11, 2015.

Dated:  May 12, 2015

_____
Troy L. Nunley
United States District Judge