Ruby Lieberman, California State Bar Number 154304
Law Office of Ruby Lieberman
369 Pine St. # 725
San Francisco, CA 94104
Telephone: (415)362-5158
Fax: (415) 693-9411
rubylieberman@sbcglobal.net

Attorney for Plaintiff/Petitioner

UNITED STATES DISCRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMORSHAH ASMAI,<br><br>　　　　Plaintiff/ Petitioner,<br><br>　　　　v.<br><br>JEH JOHNSON, DEPARTMENT OF HOMELAND SECURITY, ET AL.<br><br>　　　　Defendants. | Case No.: 2:14-cv-2619 TLN AC<br><br>Joint Stipulation and Proposed Order re: Extension of hearing date for Defendants' Motion<br><br>PROPOSED DATE: Sept. 10, 2015<br>Time: 2:00 p.m.<br>Court: Hon. Troy L. Nunley |

　　　　Plaintiff requests an extension of the hearing date for Defendants' Motion to Dismiss/ Motion for Summary Judgment, and Defendants do not oppose this request. Defendants' Motion is currently scheduled for hearing on July 30, 2015, at 2:00 p.m., before the Honorable Troy L. Nunley. Due to evidence recently received by Defendants, however, the matter is still being considered at the administrative level and may be resolved there. The parties therefore request that the matter be continued on the Motions calendar until September 10, 2015.

Dated: July 17, 2015　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　 /s/ Ruby Lieberman
　　　　　　　　　　　　　　　　　　Law Office of Ruby Lieberman
　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

1

Dated: July 17, 2015        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

 /s/ Audrey B. Hemesath (as authorized on July 17, 2015)
Assistant U.S. Attorney

ORDER

Pursuant to this joint stipulation, the hearing on the Motion calendar scheduled for July 30, 2015, at 2:00 p.m. is postponed until September 10, at 2:00 p.m.

Dated: July 20, 2015

_____
Troy L. Nunley
United States District Judge

2