1  Ruby Lieberman, California State Bar Number 154304
   Law Office of Ruby Lieberman
2  369 Pine St. # 725
3  San Francisco, CA 94104
   Telephone: (415)362-5158
4  Fax: (415) 693-9411
   rubylieberman@sbcglobal.net
5
6  Attorney for Plaintiff/Petitioner

7                    UNITED STATES DISCRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9  | | |
   |---|---|
   | TIMORSHAH ASMAI, | Case No.: 2:14-cv-2619 TLN AC |
   | Plaintiff/ Petitioner, | |
   | v. | Joint Stipulation and Order re: Extension of hearing date for Defendants' Motion and Plaintiff's Cross-Motion |
   | JEH JOHNSON, DEPARTMENT OF HOMELAND SECURITY, ET AL. | |
   | Defendants. | |
   | | PROPOSED DATE: November 19, 2015 Time: 2:00 p.m. Court: Hon. Troy L. Nunley |

       Plaintiff requests an extension of the hearing date for Defendants' Motion to Dismiss/ Motion for Summary Judgment, and Plaintiff's Cross-Motion for Summary Judgement. Defendants do not oppose this request.  Defendants' Motion is currently scheduled for hearing on September 10, 2015, at 2:00 p.m., before the Honorable Troy L. Nunley.   The parties request that the matter be continued on the Motions calendar until November 19, 2015.

Dated: September 1, 2015          Respectfully submitted,

                                   /s/ Ruby Lieberman
                                  Law Office of Ruby Lieberman
                                  Attorney for the Plaintiff

1

Dated:  September 1, 2015      Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

 /s/ Audrey B. Hemesath (authorized 9/1/2015)
Assistant U.S. Attorney

ORDER

Pursuant to this joint stipulation, the hearing on the Motion calendar scheduled for September 10, 2015, at 2:00 p.m. is postponed until November 19, 2015, at 2:00 p.m.

Dated:  September 3, 2015

Troy L. Nunley
United States District Judge

2