PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timorshah Asmai, | Case No.: 2:14-cv-2619 TLN AC |
| Plaintiff, | **Joint Status Report** |
| v. | |
| Jeh Johnson, et al., | |
| Defendants. | |

Pursuant to the Court's Order, ECF No. 22, the parties file this Joint Statement with the Court apprising the Court of the current status of Plaintiff's application to adjust status. United States Citizenship and Immigration Services will issue correspondence to the Plaintiff—either a Request for Evidence or a Notice of Intent to Deny—by June 15, 2016. The agency will then adjudicate the application within 60 days of receiving his response to the correspondence. The parties will file an additional status report by September 15, 2016. The parties request to defer submission of the Joint Scheduling Report until that time.

Dated: May 26, 2016                    Respectfully submitted,

                                                   PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                 /s/ Audrey B. Hemesath
                                                 AUDREY B. HEMESATH
                                                 Assistant U.S. Attorney


DATED: May 26, 2016                    Respectfully submitted,
                                                 /s/ Ruby Lieberman
                                                 Law Offices of Ruby Lieberman
                                                 Attorney for the Plaintiff


## ORDER

The parties are to file a joint status report by September 15, 2016.

Dated: May 31, 2016

                                               Troy L. Nunley
                                               United States District Judge