PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMORSHAH ASMAI, | Case No.: 2:14-cv-2619 TLN AC |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT AND ORDER** |
| JEH JOHNSON, et al., | |
| Defendants. | |

Pursuant to the Court's Order, the parties file this Joint Statement apprising the Court of the current status of Plaintiff's application to adjust status. In the previously-filed update, the parties indicated that United States Citizenship and Immigration Services would the issue correspondence to the Plaintiff—either a Request for Evidence or a Notice of Intent to Deny—by June 15, 2016. This occurred, and Plaintiff filed a response. After reviewing Plaintiff's submission, USCIS issued an additional Request for Evidence, requesting updated medical records. Both parties agree it is appropriate to give CIS additional time to receive and review the requested medical record prior to its adjudication of the application. Accordingly, the parties stipulate that an additional status report will be filed with the Court by November 7, 2016, advising the Court as to the status of the adjudication of the application.

1

Dated: September 7, 2016                    Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                /s/ Audrey B. Hemesath
                                                AUDREY B. HEMESATH
                                                Assistant U.S. Attorney


DATED: September 7, 2016                    Respectfully submitted,
                                                /s/ Ruby Lieberman
                                                Law Offices of Ruby Lieberman
                                                Attorney for the Plaintiff


## **ORDER**

The parties are to file a joint status report by November 7, 2016.


Dated: September 7, 2016

                                                _____
                                                Troy L. Nunley
                                                United States District Judge