PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timorshah Asmai, | ) |
|  | ) Case No.: 2:14-cv-2619 TLN AC |
| Plaintiff, | ) |
|  | ) **Joint Stipulation and Order re: Extension** |
| v. | ) **of Time** |
|  | ) |
| Jeh Johnson, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

The parties have previously stipulated to file a status report in this case. The parties now stipulate to extend the status conference filing date to January 7, 2017. Defendants are in receipt of Plaintiff's recent submission of additional documentation, and required additional time to process that documentation.

Dated: November 4, 2016            Respectfully submitted,

                                                              PHILLIP A. TALBERT
                                                              Acting United States Attorney

                                                              /s/ Audrey B. Hemesath
                                                              AUDREY B. HEMESATH
                                                              Assistant U.S. Attorney

                                      Respectfully submitted,
                                      /s/ Ruby Lieberman
                                      Law Offices of Ruby Lieberman
                                      Attorney for the Plaintiff

## ORDER

Pursuant to this joint stipulation, the date for filing a joint status report is extended to January 7, 2017.

Dated: November 7, 2016

                                      Troy L. Nunley
                                      United States District Judge