PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timorshah Asmai, | ) |
| Plaintiff, | ) Case No.: 2:14-cv-2619 TLN AC |
| v. | ) **Joint Stipulation and Order re: Extension of Time** |
| Jeh Johnson, et al., | ) |
| Defendants. | ) |

The parties have previously stipulated to file a status report in this case. The parties now stipulate to extend the status conference filing date to February 6, 2017. Plaintiff's application for adjustment of status has been approved, and the parties are exploring the terms of a resolution to this matter.

Dated: December 30, 2016            Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

Respectfully submitted,
/s/ Ruby Lieberman
Law Offices of Ruby Lieberman
Attorney for the Plaintiff

## ORDER

Pursuant to this joint stipulation, the date for filing a joint status report is extended to February 6, 2017.

DATED: January 04, 2017

_____
Troy L. Nunley
United States District Judge